**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF THE STATE OF OHIO**

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 04-10628 |
|  | ) |  |
| Robin W Johnson, | ) | (Chapter 7) |
|  | ) |  |
| DEBTOR | ) |  |

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

CIT Technology Financing (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $4,615.23. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

CIT Technology Financing

By: /s/ Greg Griffith
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| **IN RE:** | ) |
| **Robin W Johnson,** | ) **Case No. 04-10628** |
|  | )     **(Chapter 7)** |
|  | ) |
|  | ) |
| **DEBTOR(S)** |  |

**NOTICE OF APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041 ET. SEQ.**

**TAKE NOTICE** that the undersigned has filed an Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 Et. Seq. with the Court. A copy of this application accompanies this Notice.

If you do not want the Court to grant the relief requested in this application, or if you want the Court to consider your views on this application, then within twenty (20) days after the date set forth below you or your attorney must file with the Court a response to the application at:

Clerk, United States Bankruptcy Court
SOUTHERN DISTRICT OF OHIO
221 East 4th Street, Suite 800
Cincinnati, OH  45202

If you mail your response to the application to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy of your response to the application to:

Greg Griffith
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK  73013

PLEASE TAKE FURTHER NOTICE, pursuant to the Local Rules of this Court, failure of any person or entity receiving notice of the Application to file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed Order, as same may be modified, and the within Motion shall be deemed uncontested.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Rules of this Court, CIT Technology Financing hereby requests oral argument, if the within Motion is opposed.

Respectfully submitted,

CIT Technology Financing

By: /s/  Greg Griffith
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK  73013
 (405) 340-4900

Dated:    November 20, 2009

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Notice of Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041Et. Seq. was served upon the parties listed below by depositing a copy of the same, enclosed in a first-class postpaid envelope, properly addressed to these parties, in a post office or official depository under the exclusive care and custody of the U.S. Postal Service on November 20, 2009.

By: /s/  Greg Griffith

SERVICE LIST
Robin W Johnson, CASE NO. 04-10628

United States Attorney
Attn:  Civil Process Clerk
221 East 4th Street, Suite 400
Cincinnati, OH  45202

Office of the U.S. Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202

Case Trustee
E. Hanlin Bavely
432 Walnut Street Suite 850
Cincinnati, OH 45202

Debtor's Counsel
Norman L Slutsky
9403 Kenwood Rd
Suite D100
Cincinnati, OH 45242

Debtor
Robin W Johnson
4152 Thimbleglen
Cincinnati, OH 45251

## LIMITED POWER OF ATTORNEY

CIT Technology Financing, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only** to recover cash or cash equivalents **specifically arising from the Robin W Johnson bankruptcy matter** that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective for 120 days, however Principal has the right to cancel/revoke this Limited Power of Attorney, after sixty days of the date written below.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 9th day of November, 2009.

**PRINCIPAL:**
CIT Technology Financing
(Tax ID # ~~65-1051192~~) 42-2547678

By: _[signature]_
Title: Jim Marino, SVP, Portfolio Services

**PRINCIPAL'S ADDRESS:**
One Deerwood Center
10201 Centurian Parkway North, Suite 100
Jacksonville, FL 32256

ACKNOWLEDGMENT

STATE OF FLORIDA )
COUNTY OF DUVAL )

Before me, the undersigned a Notary Public, in and for said County and State on this 9th day of November, 2009, personally appeared Jim Marino to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its SVP and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
May 9, 2013

Notary _[signature]_

ANNAMARIE ANDRIOLA
MY COMMISSION # DD858584
EXPIRES: May 09, 2013
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.



Jim Marino
Senior Vice President
Portfolio Services
Shared Services Group
jim.marino@cit.com

CIT
One Deerwood Center
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256

Tel: 904 620-7377
Fax: 904 596-2571
Cell: 904 200-9390